UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBBYN DEE BLANKINSHIP,<br><br>                Defendant. | Case No. CR07-316-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

**INTRODUCTION**

I conducted a hearing on alleged violations of supervised release in this case on April 24, 2013. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Catherine Crisham, and defendant was represented by Dennis Carroll. Also present was U.S. Probation Officer Jennifer Van Flandern. The proceedings were digitally recorded.

**SENTENCE AND PRIOR ACTION**

Defendant was sentenced on July 25, 2008, by the Honorable John C. Coughenour for Attempted Exportation of Cocaine with Intent to Distribute. She received 36 months of imprisonment and 3 years of supervised release

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated April 4, 2013, U.S. Probation Officer Jennifer Van Flandern alleged that defendant violated the following conditions of supervised release:

1. Associating with Kevin Gorham on or about January 12, 2013, a convicted felon, without the permission of the probation officer, in violation of standard condition number nine.

2. Associating with Kevin Gorham on or about February 22, 2013, through March 2013, a convicted felon, without the permission of the probation officer, in violation of standard condition number nine.

3. Failing to answer truthfully and follow the instructions of the probation officer since February 22, 2013, in violation of standard condition number three.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing May 21, 2013 at 9:15 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 24th day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2